Steven A. Sokol (CA SBN 80691)
Email: ssokol@hallingsokol.com
**Halling + Sokol LLP**
23586 Calabasas Road, Suite 200
Calabasas, California 91302
Tel:  (818) 222-4994
Fax:  (818) 222-4995

Attorneys for Plaintiff

Martin E. Rosen (CA SBN 108998)
Email: mrosen@bargerwolen.com
Andrew S. Williams (CA SBN 177926)
Email: awilliams@bargerwolen.com
**Barger & Wolen LLP**
633 W. 5th Street, 47th Floor
Los Angeles, California 90071
Tel:  (213) 680-2800
Fax:  (213) 614-7399

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| CARLA M. ULLRICH,<br><br>              Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>              Defendant. | CASE NO. : 8:10-cv-00687-AG-MAN<br><br>NOTICE OF REMOVAL FILED: 05/27/2010<br><br>Courtroom: 10-D<br>Hon. Andrew J. Guilford<br><br>**ORDER DISMISSING ACTION** |

Upon stipulation of the parties, and good cause appearing therefore,

It is hereby ORDERED, that Case No.  8:10-cv-00687-AG-MAN, *Ullrich v. Lincoln National Life Insurance Company*, is DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

DATED:  May 05, 2011, 2011

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

HALLING + SOKOL LLP